IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, IRIS V. SANTANA-AYALA, | § § § § § § § § § § § § § § | SA-19-CV-00591-JKP |
| *Plaintiffs,* | | |
| vs. | | |
| HERIBERTO RODRIGUEZ, JUAN CARLOS VEGA-DIAZ, | | |
| *Defendants.* | | |

## ORDER

Before the Court in the above-styled cause of action is Defendant Heriberto Rodriguez's Memorandum in Support of Motion for Leave to File First Amended Original Answer and Counter-Claim for Declaratory Judgment [#35]. Defendant's motion asks the Court for leave to file an amended answer and counterclaim for declaratory judgment. The deadline for Defendant to file a motion to amend pleadings was April 16, 2020. Defendant timely filed his motion for leave on April 15, 2020. Any response in opposition to the motion was due on April 22, 2020 pursuant to this Court's Local Rules. *See* W.D. Tex. Loc. R. CV-7(e). To date, no party has filed a response to the motion. Pursuant to Local Rule CV-7(e), if there is no response filed within the time period prescribed by the rules, the court may grant the motion as unopposed.

**IT IS THEREFORE ORDERED** that Defendant Heriberto Rodriguez's Memorandum in Support of Motion for Leave to File First Amended Original Answer and Counter-Claim for Declaratory Judgment [#35] is **GRANTED**.

1

**IT IS SO ORDERED.**

SIGNED this 24th day of April, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE